

A CERTIFIED TRUE COPY

APR 2 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 6 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 0 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-94)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,003 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.



Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY

MAY 1 8 2007

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

## SCHEDULE CTO-94 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE   2  07-623 | Melissa Haglund v. Merck & Co., Inc., et al. | 07-2693 |
| CAE   2  07-626 | Mary Morris v. Merck & Co., Inc., et al. | 07-2694 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS   3  06-2162~~ | ~~Ben Orpilla v. Merck & Co., Inc., et al.~~  OPPOSED 4/17/07 | |
| **INDIANA SOUTHERN** | | |
| INS   1  07-359 | David Wyser v. Merck & Co., Inc. | 07-2695 |
| **MASSACHUSETTS** | | |
| MA   1  07-10562 | Russell H. Tripp, et al. v. Merck & Co., Inc. | 07-2696 |
| **MINNESOTA** | | |
| MN   0  07-1617 | Warren E. Lee v. Merck & Co., Inc. | 07-2697 |
| MN   0  07-1618 | David Tarnowski, et al. v. Merck & Co., Inc. | 07-2698 |
| MN   0  07-1619 | Gary Moscoe v. Merck & Co., Inc. | 07-2699 |
| **NEW JERSEY** | | |
| NJ   3  07-1463 | Betty Johnson v. Merck & Co., Inc. | 07-2700 |
| **NEVADA** | | |
| NV   2  07-374 | Daniel Kopalyan, et al. v. Merck & Co., Inc., et al. | 07-2701 |
| **OKLAHOMA WESTERN** | | |
| OKW 5  07-347 | Linda Ledgerwood v. Merck & Co., Inc. | 07-2702 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2  07-358 | Robert Mirarchi v. Merck & Co., Inc. | 07-2703 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1  07-187 | Dimmie Warden, et al. v. Merck & Co., Inc. | 07-2704 |